USDC- BALTIMORE
'25 OCT 21 PM2:20

# ATTACHMENT A

## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

Beginning in June 2024, the Defendant, Shariff Aroi, met with an undercover Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) agent, acting as a wholesale purchaser of drugs and firearms. During multiple transaction, the Defendant sold quantities of counterfeit M30 oxycodone pills, which contained fentanyl, a Schedule II controlled substance, to the undercover agent. The total quantity of fentanyl sold by the Defendant exceeded 400 grams. During a transaction on August 20, 2024, the Defendant also sold the ATF approximately 500 counterfeit M30 fentanyl pills and two firearms, a Mossberg 12-gauge shotgun and a Springfield Armory .45 auto handgun.

Specifically, on September 24, 2024, the Defendant met the undercover agent at a prearranged location in the District of Maryland where most of the transactions occurred. During the meeting, the Defendant sold approximately 2,872 counterfeit M30 tablets to the undercover agent in exchange for $8,500. Chemical testing proved that the tablets contained approximately 309 grams of fentanyl. Audio/Video surveillance equipment captured the entire transaction, including the Defendant showing the undercover agent the quality of the pressed counterfeit oxycodone pills by breaking them.

The Defendant admits that he possessed the fentanyl for each transaction, including the one on September 24, 2024, with the intent to distribute it and that he did distribute the fentanyl to the undercover ATF agent during each of the transactions, including the one on September 24, 2024.

SO STIPULATED:

_____
James Wallner
Assistant United States Attorney

_____
Shariff Aroi, Defendant

_____
Marquise Findley-Smith, Esq.